# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN GILL,

                Plaintiff,

v.

DOCTOR HALKI, *et al.*,

                Defendants.

3:23-cv-00360-MMD-CSD

**ORDER**

Re: ECF No. 20

Before the court is Plaintiff's Notice to the Court. (ECF No. 20.) Plaintiff's notice states that he has identified the true name of John Doe named in Plaintiff's Complaint pursuant to the court's Screening Order (ECF No. 3). To date, no response has been filed by Defendants.

**IT IS HEREBY ORDERED** that Defendant Jessica Rambur is substituted for John Doe named in Plaintiff's Complaint. (*See*, Screening Order, ECF No. 3 at 7.)

**IT IS FURTHER ORDERED** that within **twenty (20) days** from the date of this Order, the Attorney General's Office shall file a notice advising the court and Plaintiff whether it will accept service for Defendant Jessica Rambur. If the Attorney General's Office does not accept service, the Attorney General's Office shall file the last known address for the Defendant under seal (but shall not serve the inmate Plaintiff). If the last known address is a post office box, the Attorney General's Office shall attempt to obtain and provide a last known physical address. If a last known address is filed under seal, the court will request that the U.S. Marshal Service attempt service on the Defendant at that address.

/ / /

**IT IS FURTHER ORDERED** that if the Attorney General accepts service for Defendant Jessica Rambur, an answer or other response to Plaintiff's Complaint shall be filed and served within **forty-five (45) days** from the date of this Order.

DATED: September 4, 2024.

_____
Craig S. Denney
United States Magistrate Judge

2