VICTORIA C. COREY
Nevada Bar No. 16364
Victoria.Corey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.693.4348
Facsimile: 702.893.3789
Attorney for Defendant
DR. JOHN HALKI

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN GILL,<br><br>            Plaintiff,<br><br>      vs.<br><br>DOCTOR HALKI, *et al.*,<br><br>            Defendants. | Case No.: 3:23-cv-00360-MMD-CSD<br><br>**ORDER GRANTING<br>NOTICE OF APPEARANCE AND<br>MOTION TO REMOVE COUNSEL** |

      Victoria C. Corey, Esq. of the law firm Lewis Brisbois Bisgaard & Smith LLP hereby enters her appearance as counsel of record for Defendant Dr. John Halki and requests that she be added to the docket as counsel for Dr. John Halki.

/ / /

157269657.1

1     Dr. John Halki also requests leave of the Court to remove Frank A. Toddre, Esq. as counsel of record for Dr. John Halki. Dr. John Halki requests that the Clerk of Court remove Frank A. Toddre's names from the CM/ECF as counsel for Dr. John Halki, so that they no longer receives electronic service of materials filed in this case.

    DATED this 14th day of May, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By     /s/ Victoria C. Corey
VICTORIA C. COREY
Nevada Bar No. 16364
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorney for Defendant
DR. JOHN HALKI

ORDER

IT IS SO ORDERED.
Dated: May 14, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

157269657.1

2